UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUAN PABLO FERREIRA,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 2:20-cv-00816-GMN-VCF

**ORDER**

    This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Juan Pablo Ferreira. Ferreira claims that the respondents are violating his federal constitutional rights by holding him in custody at Nevada's Lovelock Correctional Center on an ICE detainer. While reserving judgment regarding the procedural viability and merits of Ferreira's petition, the Court determines that it warrants a response by the respondents. The respondents will be served with the petition and will be directed to show cause why the writ should not be granted. *See* 28 U.S.C. § 2243.

    **IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for Respondents.

    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon Respondents a copy of the petition for writ of habeas corpus (ECF No. 1), and a copy of this order.

    **IT IS FURTHER ORDERED** that Respondents will have 20 days from the date of this order to file a notice of appearance.

    **IT IS FURTHER ORDERED** that Respondents will have 45 days from the date of this order to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that, if Respondents file an answer, Petitioner will have 45 days from the date on which the answer filed to file a reply. If Respondents file a motion to dismiss, Petitioner will have 45 days from the date on which the motion is filed to file a response to the motion to dismiss, and Respondents will, thereafter, have 20 days to file a reply.

DATED THIS __7__ day of _____ May _____, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE